**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-24-37-GF-BMM |
| Plaintiff, | |
| vs. | |
| | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |
| ELIJAH JOHN BULLCALF, | |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on May 6, 2026. (Doc. 38.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and

Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on May 5, 2026. (Doc. 33.) The United States accused Elijah John Bullcalf (Bullcalf) of violating the conditions of his supervised release by: (1) failing to answer truthfully inquiries by his probation officer on February 13, 2026, by advising his probation officer his girlfriend, an active drug user, was sober; (2) failing to notify his probation officer about a change in his living arrangements during March of 2026; (3) using methamphetamine and alcohol on March 14, 2026; (4) using methamphetamine on March 16, 2026; (5) using methamphetamine and alcohol on March 14, 2026; (6) by failing to report to his probation officer as instructed on March 18, 2026; and (7) failing to report to his probation officer as directed on March 19, 2026 and providing a false name and date of birth to a Montana Highway Patrol officer and being in possession of drug paraphernalia on May 1, 2026.  (Docs. 30 and 32.)

At the revocation hearing, Bullcalf admitted that he had violated condition of his supervised release in allegations 1-6 as set forth the Amended Petition. The Government moved to dismiss the part of allegation 7 alleging Bullcalf proved a false name and date of birth to a Montana Highway Patrol officer and being in possession of drug paraphernalia on May 1, 2026. Judge Johnston granted that motion.

Judge Johnston recommended a sentence of custody of 4 months, 32 months of supervised release to follow. (Doc. 38.) The Court advised Bullcalf of his right to appeal and to allocute before the undersigned.  (Doc. 33.)

The violations Bullcalf admitted proves serious and warrant revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 38) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Elijah John Bullcalf be sentenced for a term of 4 months with 32 months of supervised release to follow.During the first 60 days of supervised release, Bullcalf shall be placed at Connections Corrections, an in-patient substance abuse treatment facility, at the direction of his probation officer. Following completion of such program, Bullcalf shall be placed at a residential re-entry center for a period of up to 180 days as directed by his probation officer. Bullcalf serve his custodial sentence at FCI Englewood.

DATED this 27th day of May2026.

Brian Morris, Chief District Judge
United States District Courts